UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUMITRU MARTIN, | No. 2:25-cv-00687-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| ARINDA PHILLIPS | |
| Defendants. | |

Petitioner, proceeding through counsel, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.

Because Petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, Respondent is directed to file an answer or a motion to dismiss.  Respondent will be required to respond to the petition on or by May 15, 2025.  The dates in this Order mirror the stipulated briefing schedule in the related case, *Kuzmenko v. Phillips,* No. 2:25-cv-00663-DJC-AC.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer or motion to dismiss by May 15, 2025.  If an answer is filed, Respondent shall include with the answer any

1

1      and all transcripts or other documents relevant to the determination of the issues presented in the application.

2. If the response to the habeas petition is an answer, Petitioner's reply, if any, shall be filed on or before June 16, 2025.

3. If the response to the habeas petition is a motion, Petitioner's opposition or statement of non-opposition to the motion shall be filed and served on or before June 16, 2025, and Respondent's reply, if any, shall be filed and served within fourteen days thereafter.

4. The Clerk of Court shall serve a copy of this order together with a copy of Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated: April 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE