IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KUZMENKO,<br>               Petitioner,<br>v.<br>ARINDA PHILIPS, ET AL.,<br>               Respondents. | CASE NO. 2:25-CV-00663-DJC-AC<br><br>**ORDER** |
| DUMITRU MARTIN,<br>               Petitioner,<br>v.<br>ARINDA PHILIPS, ET AL.,<br>               Respondents. | CASE NO. 2:25-CV-00687-DJC-AC |

    Hereby, the Court orders the above captioned matters shall be stayed until August 28, 2025. Respondents are to provide a status further status report on August 28, 2025, which shall include an update on the jurisdiction of the court on remand from the Ninth Circuit.

Dated: July 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER