```
ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KUZMENKO,<br><br>  Petitioner,<br><br>  v.<br><br>ARINDA PHILIPS, ET AL.,<br><br>  Respondents. | CASE NO. 2:25-CV-00663-DJC-AC<br><br>STIPULATION REGARDING STATUS REPORT AND SCHEDULE FOR PETITION PURSUANT TO 28 U.S.C. § 2241; ORDER |
| DUMITRU MARTIN,<br><br>  Petitioner,<br><br>  v.<br><br>ARINDA PHILIPS, ET AL.,<br><br>  Respondents. | CASE NO. 2:25-CV-00687-DJC-AC |

**STIPULATION**

Respondents, by and through counsel of record, and the Petitioners, by and through each Petitioner's counsel of record, HEREBY STIPULATE as follows.

1.  On February 24, 2025, Petitioner Kuzmenko filed a Petition for Habeas Corpus relief pursuant to 28 U.S.C. § 2241. On February 25, 2025, Petitioner Martin filed a Petition for Habeas Corpus relief pursuant to 28 U.S.C. § 2241. On March 4, 2024, District Judge Calabretta issued an Order relating the two cases, specifically 25-cv-687 (Martin) and 25-cv-663 (Kuzmenko).

2. On May 15, 2025, the Court granted the parties request to stay briefing on the merits while the appeal was pending. *See* ECF 28 (25-cv-663); ECF 22 (25-cv-687).

3. On July 24, 2025, the Ninth Circuit Court of Appeals dismissed both pending appeals. See ECF 33 (25-cv-663); ECF 27 (25-cv-687). On September 11, 2025, this Court ordered the parties to file a joint status report. ECF 34 (25-cv-663); ECF 28 (25-cv-687).

4. Accordingly, by this stipulation, the parties jointly request the and extension to October 24, 2025, to file their joint status report re briefing schedule on each Petitioner's underlying § 2241 petition.

IT IS SO STIPULATED.

Dated: September 25, 2025

ERIC GRANT
United States Attorney

/s/ *Heiko P. Coppola*
HEIKO P. COPPOLA
Assistant United States Attorney

HEATHER E. WILLIAMS
FEDERAL DEFENDER

Dated: September 25, 2025

/s/ *Carolyn Wiggin*
CAROLYN WIGGIN
Attorneys for Petitioner
Vera Kuzmenko

Dated: September 25, 2025

/s/ *John Balazs*
JOHN BALAZS
Attorney for Petitioner
Dumitru Martin

ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KUZMENKO,<br><br>        Petitioner,<br><br>    v.<br><br>ARINDA PHILIPS, ET AL.,<br><br>        Respondents. | CASE NO. 2:25-CV-00663-DJC-AC<br><br>ORDER |
| DUMITRU MARTIN,<br><br>        Petitioner,<br><br>    v.<br><br>ARINDA PHILIPS, ET AL.,<br><br>        Respondents. | CASE NO. 2:25-CV-00687-DJC-AC |

    Based upon the stipulation and representations of the parties, the Court hereby grants the request for extension to file their joint status report regarding petitioners § 2241 petitions to October 24, 2025.

    IT IS SO FOUND AND ORDERED this 25th day of September, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE