HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org

Attorney for Defendant
VERA KUZMENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| VERA KUZMENKO, | Case No. 2:25-cv-00663-DJC-AC |
|---|---|
| Petitioner, | ORDER |
| vs. | |
| ARINDA PHILLIPS, Residential Reentry Manager, Sacramento, et al., | |
| Respondents. | |
| DUMITRU MARTIN, | Case No. 2:25-cv-00687- DJC-AC |
| Petitioner, | |
| vs. | |
| ARINDA PHILLIPS, Residential Reentry Manager, Sacramento, et al., | |
| Respondents. | |

*Kuzmenko v. Phillips*
*Martin v. Phillips*                                             Stipulation and Order

1

Based upon the stipulation and representations of the parties, the Court hereby orders as follows:

1. Respondents shall file any response to the petitioners' petitions by February 2, 2026.

2. Petitioners may file a reply to Respondents' response by March 2, 2026.

IT IS SO ORDERED.

Dated:  December 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE